UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JUN -4 P 5: 17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Daniel Hernandez-Loya<br><br>Defendant(s) | CRIMINAL NO. 08mj8440<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 88526O |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court))

Jose Cedano Martinez
@ ICJ 06332-298

DATED: 6/3/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
              Deputy Clerk   T. ROMERO

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082